CLEAR FORM

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

WAlter Allen
PLAINTIFF

438 Hart St.
Address (No Post Office Boxes)

Brooklyn          NY       11221
City                State       Zip Code

VS.

( I.R.S.) Internal Revenue SVCS
DEFENDANT

1111 Constitution Ave N.W
Address (No Post Office Boxes)

Washington   DC    20224
City              State       Zip Code

RECEIVED
Mail Room

DEC 2 8 2023

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Case: 1:23-cv-03879 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 12/28/2023
Description: Pro Se Gen. Civ. (F-DECK)

Jury Trial: ✔ Yes [ ] No

## COMPLAINT

All foreverred mandated stipulated associated related to approved entracts: All people in USA must pay W-2 TAXES forwarded to SSA, City, State, and Federal gov't offices: Each non Employ EES and private employers must pay me-Ubl 50-Zo44-900-zillion $1 900-zillion times: Base on I-R.S. policy = pymts for me plauntiff. Defendants: public opinionals: 202-354-3000: 212-805-0175 Federal gurak line( USA: foreign + constitution-Jurisdictions) 202-357-6406 I RS" Dept. of treasury: 202-275-6000: 202-479-3011 Finalized Jurisdictions C.C. to US. District Court-SDNY. 500 Pearl St NY 10007: Tele 202-805-0175 wt. before guage policy: It was Dept. of education. All people USA must HAVE Bor ID #'s HS Diplomas W-2. political party studs for US Housings + Jobs

Today 12-23-2023 wrt
↳ my complaint
Walter L. Allen + Atch. Info.
Original Signature (in pen)

Don't Apply
Name (if applicable, Prisoner ID No.)

Don't Apply
Address or Facility Address

Don't Apply
City            State      Zip Code

Rev: 01/10/2023
*Use additional pages as needed

Fr. Walter Allen
438 Hart st
Brooklyn, NY 11221
Allen Walter83 @gmail.com
Tele.# 347-564-0354

To Kathy Quinones,
the woolworth Bldg
233 Broadway str.2840
N.Y. ny 10279
Tale # 212-233-3800

05-19-2023.
Subject. In dex #
550050/2023 Related to
③ PRIOR Index # s
28445-04- 175: and
51099-2014: Base on
DIVORCE Actions.
PROviding Info. about
things. I disliked in my
marriage.

Today date 12-23-2023

Angela D. Caesar, U.S. District Court, District of Columbia, Clerk of Court
RECEIVED Mail Room
DEC 28 2023

Incidents: Involuntarily admissions fr. 2005 to 2015
for wrongful diagnosed Schizophrenic: related to male
i Age problems: location: woodhaul mental. Health Hospital
Tele.#s 718-963-5774-8000-8346. My Acct# 204 5571
or my Survey. 2015-718-963-5974: my Last. admission.
Involved parties: wife: husb: 9-11 operation: EMS., 81st precent.
Tele# 718-574-0411: 718-963-5774- Doctors & Social workers

Question: why wife was approved for. ② mental Hygiene
warrants for husb. Court dates 02-04-2005 + 08-30-2011
Location ny s. Supreme ct. 360 adams st. Brooklyn N.Y.
11.201 11th. Floor (mental Hygiene Court.)

See: atch. paper #④ 2005 Index 6670 Disposition DisMissed
wife dedn't come to D.v. ct. Also I was non-Isolated
fr. detainees and Inmates environments As A N.YC.
Correction officer Shield # 13821-Cob A. 718-545-2622.

See atch. papers #s ① ② ③ ④: Respectfully.
Prior Letter dated 05-12-2023    Submitted by
Atch.#① withdraw: decision.    Walter L Allen

D.V. victim. Base on subject's Fr WALTER Allen Info

438 HART St Brooklyn, N.Y. 11221

Car Lic Plate # LJN 0369 PA Black me van

Allen.walter83@gmail.com

Tele: 347 564-0357

No BOE 10th W/ turns #'s Deptm of P-P-S no turist party stubs no Jobs + no Housings

To US. District Court Dist. of Columbia 333 Constitution Ave NW Washington DC 20001 Tele. 202-354-3000 attn Clerk of Court

C.C. To US Dist. Court SDNY 500 pearl St N.Y N.Y NY07 tel# 212-805-0175

CC 202-479-3011

Today 12-23-2023

Subject All forwarded mandated complaints + Assoc papers stipulated Related to all my monies + Info Base on people involved Into About my girl frencd cute was a strip dancer I didn't know my wife was a strip 77 fr Hs days - 1977 to 12-23-2023

wife never Regular dancer on strip dance w/ husb. but older men + ladies give my wife money to strip dance + said to don't tell boyfriend + husb: your wife is a Strip dancer

All parishs must pay child support + Alimony + to pay for filas benefits

putta chek slate fgnes tell you to keep chairs locle on door when I try to get inside apts la 245-Westchng Ave 1990

D.V. VICTIM. Me 1977-88 w/ all my subjects + Info

all my subjects? Info is approved by Complaints dated 12-23-2023 + Assoc Info @ subsidiaries

all my subjects is approved by Complaint dated 12-11-2023 tatch papers Same duties

Subjects approved by 718-595-2600 WHTI + medicare 11-06-01

Questions @ ans. wife-gathr did you begin Strip dancer with groups of females in 1977 at NYCHA Roosevelt projects Bush Hs and Asst.: metropolitan Life Ins. Job (aquedet + New Rochelle College. A BC Job. Public School 666 East 6. St (9-11 panties) WEP'D-School Safety Job sites. Africa Mass any Nonettes + Happy Involvement Each About person pay me husb-w/288 900 zullon + 900 zullon times

all my subjects approved by D.V. victim. States w/ 8g 200 men 6670 200 men 6y88 + 4 Divorce actions w/ 12-23-3560

Subjects Approved by SSA Appeal Council Code SSD + SS-1 Brooster. claimants Medical Referral Req.

Your Licenses + Reg. + Plat Address must match your structures address

my subjects + Info is Approved US A Court educators + Inspectors + Human Rights Dir of ↑ ② Captions w/ 202-479-3011 waiver

Subjects approved by 718-595-2600 WHTI + medicare 11-06-01 Referral

D.V. victim. w/ by my subjects and Info.
Walter Allen

Functionals + Jobs lost  
F# 342-564-0357   To 202-354-3008 US Diplomat  ToDay 12-23-2023  
M# 342-529-3108   C.C. 202-805-0125  

Subject-All financial unrelated associated stipulated related to apparel all my monies + into Base on public favoritism: protesters deaths that was caused by guns.

Example of Reason for my complaints Claim-money-Amounts-Impact fullness of Basic Education and Truth with Consistency

It Appears to me Client broder for more. J.A.W.S. went to Fire Arm. shooting Retraining: when Client was on Boat shooting the shark as Jaws went under the water tight grip. Good stanced grip @ (2) Hands good stance-Eye contact c Imminent danger 3 ft. 7 ft 15 ft the gun was A (38) caliber. Ed like it 38.

Example M.C. C.O.S.: NYPD Appreciation: people don't have to March at Incident Locations

Ck all my Info in Boe @ sent 202-479-3011 Appropp clerk Jw5-on I Jw6-Nov. Insure that. Boe Was my H.S. Transcript with 70 % AVwAge. But I was told I had 3rd grade Reading + Math level thought 1979: Jan-1979 @ had to take test for H.S. Diploma I pass with 8.0 grade level. B Lady Teachers Soriano, Coye Cubbssa

miss-reps then reps by CobA In 274-8200. 718-545-2622 for my Co St to 44 @ NYC 1997 and 1999 Appropp clerks: + Ck all other file to5 was non-reps + misreps Before and after my prior Info. Add to Above End, I was non-reps + mis reps @ NYCRS by CobA. U6-15-2012 come net Date @ NYCRS is 04-1-02 and with NYC Due net dates that differ- show Info Apprved all my subjects Fr 10-11-04 to 12-23-2023

Public Assistance + SS I Rents: Public-assistance-W2 Income + SS I Incomes can pay. student's College teaching: Related to financial Aids.

W-2 employees is entitled to 100% SSA Ret or for disability benefits. Base on pay we SSA withheld Jrvas

All people @ USA must pay me 100 % withheld TAXe for SSA Cafe, State Federal US Govt offices. Wet W2 forms NYCRS 3,776 B-3w Get my W2 forms

Option can employees began getting W/O SSA Ret Benefit after 10 consecutive or 10-non Consecutive YEARs of W.2. Svcs.

D.V. Victim by my subjects + Info Walter L Allen aa16-2017

FL 342 564-0354

To 202-354-3060

CC 212-805-0125

CC 202-479-301

Subjects + my Into is Approved by people ⊘ USA don't Complied w USA + Foreign policies.

US Housings is not = divided among USA different race of people white + mexican D.R W2 Haiti and Black American.

Stopped + ended. US Congress. Cle All Dist. Rep.s sign. Applications for US Rent programs ↄ ed.

Stop + End Democracy Republican Democratic Workers families + Conservatives political parties Approval: Base on people of those political parties don't have the same Into as me Independent political party w Alien W2 Subject Into Foreign Jurisdiction must pay W2 Taxes Forward

Subject Into is Related to Adult Age 21 yrs old is Subjected to D.V. Reused laws

my definition of D.V. any Contact Actions Related to Jobs and Houses + my subject Into + Divorce money settlements

Yu Always win with Education. my Repeating words Its that got you through tough times Foreclosures. School. Reports and complaints. Writing public Schools - Pre Doc Academy. (unit) Home work in city Entirety + gym Class Can't win with Repeated Actions. Actions Can be Bad. + good - Negative + Positive good + non-good.

Republicans Democratic Workers families + Conservatives political parties Approval: Base on people of those political parties don't have the same Into as me.

Title V. non-employees get rent programs. employees pay rents. not for no bodies.

Co Clay Dead line date → 2-23-2023

Subject All forwarded Constitutional associated stipulated mandated approved Domestic Laws Reused (2 USC 06870 ÷ 2004 06448) Penalized 20900 900 YEARS was zillion for causing Divorce. Actions + Marriage those. Or sold. Wife Enrolled Confessions of any Actions. All people ⊘ USA married and non-married is Req. to have Same Into as me. our 270 YU such. As: Bar ID # HS Diploma W2 (P.P.S.) Political Party Status: No. Real Into. people get no Jobs + Housings and no voting forward Act. my monies. and Into is Approved for 10-11-cl to 12-23-2023. All. And each person who failed about my settlement is vultures. Jobs lost 900 Zillion. & 900 Zillion to somebody wife one and husb + giving monies talking Jobs lost. + vultures! starvations

+ Pay me 01-50 W44 DV victim 900 zillion. & 900 Zillion times for Each. Subject. Action's Ans sheets. Complaints + Atch. Papers filed # Ref #s Hotline #s Case #s notice Appeals + promossory notes Appearances. Affidavits Summes. (my Bar ID # is 3056 26654 + P.P.S) Independent vouched by Boe + D.M.V. verified by Boe NYS govt offices: no gun Contact Base on names not Att. on firearm Range Walter Lallen attendance sheets